IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN THE MATTER OF THE SEARCH OF: | |
|---|---|
| Apple MacBook Pro, Serial No. C02SQ4IVGTFM, recovered from Room 534, Sheraton Station Square | Magistrate No. 19-346<br>**[UNDER SEAL]** |
| HP Laptop Model Lucasfilm Ltd., recovered from Room 534, Sheraton Station Square | Magistrate No. 19-347<br>**[UNDER SEAL]** |
| Apple iPhone 7, white front, red back, cracked screen, Model A1660, recovered from Cassio Orville Donald Slowden | Magistrate No. 19-348<br>**[UNDER SEAL]** |
| Black Apple iPhone, unknown model, recovered from Toyota Camry | Magistrate No. 19-349<br>**[UNDER SEAL]** |
| White Apple iPhone, unknown "S" model, recovered from Toyota Camry | Magistrate No. 19-350<br>**[UNDER SEAL]** |

### MOTION TO SEAL SEARCH WARRANT

AND NOW comes the United States of America by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and David Lew, Assistant United States Attorney for said District and respectfully moves the Court to issue an Order directing that any and all papers filed in the above-captioned matter, and the within Motion and Order to Seal, be sealed pending further Order of Court. In support of this Motion, it is respectfully submitted

that the facts contained in these papers pertain to matters concerning an ongoing criminal investigation and the publication of said information would compromise the investigation.

                              Respectfully submitted,

                              SCOTT W. BRADY
                              United States Attorney

By:    DAVID LEW
         Assistant U.S. Attorney
         PA ID No. 320338